IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 99-30693
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARREL GOODMAN,

Defendant-Appellant.

———————————————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CR-242-ALL-J

———————————————————————————————
March 17, 2000

Before POLITZ, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM:[*]

Darrel Goodman appeals his convictions and sentences on two counts of willfully making a false statement of material fact in his claim of being the lawful owner of $95,000 in United States currency which was seized by the U. S. Customs Service on August 15, 1995.[2]

Goodman contends that the evidence was insufficient to establish the elements of the offense because he did not make a false statement and because he lacked the

———————————

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[2]18 U.S.C. § 1001.

requisite intent.  A close review of the briefs and appellate record persuades that Goodman's challenges to the credibility of certain witnesses lack merit.  Except in the rarest of instances, credibility determinations are the exclusive province of the jury.[3]

We are further persuaded and conclude that a reasonable juror would have found Goodman's guilt proven beyond a reasonable doubt.[4]

The convictions and sentences are AFFIRMED.

---

[3]**United States v. Martinez**, 975 F.2d 159 (5th Cir. 1992).

[4]**United States v. Rasco**, 123 F.3d 222 (5th Cir. 1997); **United States v. Shah**, 44 F.3d 285 (5th Cir. 1995).